**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        v.<br><br>COUNTY OF KERN, et al.,<br><br>                Defendants. | Case No.: 1:13-cv-02056 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 17) |

On May 22, 2014, the parties filed a stipulation to continue the mandatory scheduling conference to allow the recently-served defendant, Gabriel Lopez, to appear. (Doc. 17) In addition, counsel report that Mr. Lopez's counsel has recently been retained and is not yet prepared to discuss scheduling issues. Id. at 1-2. Good cause appearing, the scheduling conference, currently set on June 10, 2014, is **CONTINUED** to **July 21, 2014** at 9:00 a.m. [1]

IT IS SO ORDERED.

Dated:   **May 23, 2014**                   /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The date selected by counsel, July 22, 2014, is not available on the Court's calendar.