# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02056 AWI JLT<br><br>ORDER GRANTING SECOND STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 20) |

On July 9, 2014, the parties filed a stipulation to continue the mandatory scheduling conference to allow counsel for defendant, Gabriel Lopez, to apprise himself of the matter such to be prepared to discuss scheduling issues. (Doc. 20)  Good cause appearing, the scheduling conference, currently set on July 21, 2014, is **CONTINUED** to **August 21, 2014** at 9:30 a.m.

**No further continuances of the scheduling conference is contemplated by the Court.**

IT IS SO ORDERED.

　　Dated:　**July 10, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1