# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-02056 AWI JLT<br><br>ORDER GRANTING THIRD STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 22) |

On August 12, 2014, the parties filed a stipulation to continue the mandatory scheduling conference to allow counsel for defendant, Gabriel Lopez, to apprise himself of the matter such to be prepared to discuss scheduling issues. (Doc. 22) Good cause appearing, the scheduling conference, currently set on August 21, 2014, is **CONTINUED** to **September 15, 2014** at 10:00 a.m.

**No further continuances of the scheduling conference will be entertained. Any future stipulations to continue the scheduling conference will be summarily denied.**

IT IS SO ORDERED.

   Dated:   **August 13, 2014**　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1