CHAIN | COHN | STILES
David K. Cohn, Esq., SBN 68768 | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA  93301
Telephone:  (661) 323-4000
Facsimile:   (661) 324-1352

Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually, | CASE NO. 1:13-CV-02056-AWI-JLT |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |
| v. | (Doc. 36) |
| COUNTY OF KERN, a municipality; GABRIEL LOPEZ, an individual; CHRISTOPHER ESCOBEDO, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

WHEREAS, this matter has been ordered by this Court to coordinate non-expert discovery with the case entitled Lore Kaplan vs. County of Kern, Case No. 1:14-CV-00206-AWI-JLT inasmuch as the two cases have overlapping parties, witnesses, and legal issues.

WHEREAS, the deadline to conduct non-expert discovery in the case of Lore Kaplan vs. County of Kern is November 24, 2015.

WHEREAS, the deadline to conduct non-expert discovery in this matter is November 10, 2015.

///

///

-1-
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

1    THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through their
2 attorneys of record that the scheduled date in this matter for non-expert discovery articulated in the
3 scheduling conference order may be modified from November 10, 2015 to November 24, 2015.
4    The parties all understand and agree that the proposed new dates are subject to
5 modification by the court.

6  DATED:     October ___, 2015          CHAIN | COHN | STILES

9                                         BY: _____
                                              Neil K. Gehlawat
10                                            Attorney for Plaintiff

11 DATED:     October ___, 2015          THERESA A. GOLDNER, COUNTY COUNSEL

13                                         BY: _____
14                                            Judith M. Denny
                                              Attorney for Defendant, COUNTY OF KERN

15 DATED:     October ___, 2015          ROBINSON & KELLAR
16

18                                         BY: _____
                                              Oliver U. Robinson
19                                            Attorney for Defendant, GABRIEL LOPEZ

21                                         **ORDER**

23 IT IS SO ORDERED.

24    Dated:  **October 5, 2015**            **/s/ Jennifer L. Thurston**
25                                         UNITED STATES MAGISTRATE JUDGE