CHAIN | COHN | STILES
David K. Cohn, Esq., SBN 68768 | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA  93301
Telephone:  (661) 323-4000
Facsimile:   (661) 324-1352

Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually, | CASE NO. 1:13-CV-02056-AWI-JLT |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |
| v. | (Doc. 40) |
| COUNTY OF KERN, a municipality; GABRIEL LOPEZ, an individual; CHRISTOPHER ESCOBEDO, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

WHEREAS, this matter has overlapping expert witnesses, parties, witnesses, and legal issues with the case entitled Lore Kaplan vs. County of Kern, Case No. 1:14-CV-00206-AWI-JLT.

WHEREAS, the deadline to disclose expert witnesses in the case of Lore Kaplan vs. County of Kern is December 7, 2015.

WHEREAS, the deadline to disclose expert witnesses in this matter is November 24, 2015.

THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through their attorneys of record that the scheduled date in this matter for disclosure of expert witnesses articulated in the scheduling conference order may be modified from November 24, 2015 to December 7, 2015.

The parties all understand and agree that the proposed new dates are subject to modification by the court.

DATED:	October ___, 2015	CHAIN | COHN | STILES


BY: _____
    Neil K. Gehlawat
    Attorney for Plaintiff

DATED:	October ___, 2015	THERESA A. GOLDNER, COUNTY COUNSEL


BY: _____
    Judith M. Denny
    Attorney for Defendant, COUNTY OF KERN

DATED:	October ___, 2015	ROBINSON & KELLAR


BY: _____
    Oliver U. Robinson
    Attorney for Defendant, GABRIEL LOPEZ

## ORDER

Based upon the stipulation of the counsel, the Court **GRANTS** the stipulation to amend the scheduling order as follows:

1. All experts SHALL be disclosed no later than December 7, 2015. Any rebuttal experts SHALL be disclosed no later than January 4, 2016. All discovery related to experts SHALL be completed no later than February 1, 2016.

2. Absolutely no other modifications to the case schedule are authorized and no further modifications to the case schedule are contemplated. Counsel are reminded that the Court previously instructed them to complete discovery within the deadlines that were set originally. (Doc. 34) Despite this, counsel have submitted two stipulations modifying the case schedule. (Doc. 36; Doc. 40) Any further stipulations will be summarily denied absent a showing of

1  exceptional good cause.[1]

4  IT IS SO ORDERED.

5     Dated: **October 26, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
6                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The fact that the companion case has different case deadlines would not be considered exceptional good cause to amend the case schedule any further. The cases have different deadlines **because the parties requested this** in their joint scheduling conference statements. (*Compare* Doc. 37 with Doc. 18 filed in Kaplan v. County of Kern, Case No. 1:13-cv-02056 AWI JLT.)