# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-02056 DAD JLT<br><br>ORDER AFTER IN CAMERA REVIEW |

On November 19, 2015, the Court conducted an informal telephonic conference with counsel related to the subpoenas issued by County to Plaintiff's past employers, to a school she attended and to the Kern County Probation Department. At the informal conference, counsel agreed that the records would be produced to the Court to conduct an in camera review. All agreed that in the event the Court finds records that should be disclosed, it will schedule a further telephonic conference with counsel before they are provided to the defense. County's stated purpose for obtaining the records was that they may demonstrate past emotional or psychiatric issues or which could provide a "baseline" for the expert's opinions as to the extent of injury caused by the underlying events.

The Court has been provided records from Anastase Products, Save Mart Supermarkets and Kern County Probation Department. It has not received any records from any school. In any event, after review of the records it did receive, the Court has found no records that suggest any alternate cause for the claimed emotional injury. However, the Court finds some records from Save Mart

Supermarkets, specifically pages 19 through 28, may shed light on her current emotional functioning. Thus, the Court **ORDERS**:

    1.    <u>No later than January 8, 2015</u>, counsel for Plaintiff **SHALL** lodge a statement to JLTOrders@caed.uscourts.gov (with a cc: to opposing counsel) indicating whether Plaintiff objects to disclosure of the documents identified above and, if she does, the grounds therefore.

IT IS SO ORDERED.

    Dated:   **December 22, 2015**               **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE