**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-02056 DAD JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF RECORDS FROM TEHACHAPI HIGH SCHOOL |

According to the agreement of counsel after the informal telephonic conference (Doc. 44), the Court has now received and reviewed the records produced by Tehachapi High School.  The Court finds no records that even hint at any mental or emotional condition suffered by Plaintiff before her 2009 graduation.  While it appears that Plaintiff may not have attained her highest potential while in high school, there is no indication in the records of a cause for this other than a mere lack of dedication to her studies.  Thus, the Court **ORDERS** that no records from Tehachapi High School need be divulged to Defendants.

IT IS SO ORDERED.

Dated:   **December 29, 2015**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE