**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02056 DAD JLT<br><br>ORDER RE DISCLOSURE OF CERTAIN DOCUMENTS SUBPOENAED FROM SAVE MART SUPERMARKETS |

　　　　Plaintiff has notified the Court she does not object to the disclosure of documents numbered 19 through 28 of the records subpoenaed from Save Mart Supermarkets. (Doc. 48)  Thus, the Court **ORDERS:**

　　　　1.　　Within 14 days, counsel **SHALL** meet and confer to decide how the records will be provided, whether by Plaintiff providing a copy of them, by notifying the deposition officer that objection to these particular records has been withdrawn or by some other method.

IT IS SO ORDERED.

　Dated:　**December 29, 2015**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE