**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02056 DAD JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF RECORDS FROM VISITOR CENTER SNACK BAR/CAFETERIA |

　　　According to the agreement of counsel after the informal telephonic conference (Doc. 44), the Court has now received and reviewed the records produced by Visitor Center Snack Bar/Cafeteria. The Court finds no records that bear on any mental or emotional condition suffered by Plaintiff at any time. Thus, the Court **ORDERS** that no records from Visitor Center Snack Bar/Cafeteria need be divulged to Defendants.

IT IS SO ORDERED.

　　Dated: **January 7, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE