1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   JANE DOE,                          )   Case No.: 1:13-cv-02056 DAD JLT
                                        )
12              Plaintiff,              )   ORDER AFTER NOTICE OF SETTLEMENT
                                        )
13        v.                            )   (Doc. 55)
                                        )
14   COUNTY OF KERN, et al.,            )
                                        )
15              Defendants.             )
                                        )
16

17        On May 9, 2016, Plaintiff notified the Court she has settled the matter.  (Doc. 55)  Thus, the

18   Court **ORDERS**:

19        1.      The parties **SHALL** file their stipulated dismissal no later than **June 6, 2016**;

20        2.      All other pending dates, conferences and hearings are **VACATED** and any other pending

21   motions are ordered **TERMINATED.**

22        **<u>Failure to comply with this order may result in the imposition of sanctions including the</u>**

23   **<u>dismissal of the action or striking the answer and entering default.</u>**

24

25   IT IS SO ORDERED.

26        Dated:   __**May 10, 2016**__                    _____**/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

27

28