UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, a municipality; GABRIEL LOPEZ, an individual; CHRISTOPHER ESCOBEDO, an individual, and DOES 1 TO 10, inclusive,<br><br>　　　　　Defendants. | No. 1:13-cv-02056-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 62) |

On July 21, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party to bear its own costs and attorneys' fees with respect to this litigation except as otherwise provided in any settlement as further delineated in any corresponding release and settlement agreement.  (Doc. No. 62.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **July 21, 2016**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1